1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN DIEMER #133977
2  75 East Santa Clara Street
   Suite 290
3  San Jose, California 95113

4  KEATON & ASSOCIATES, P.C.
   MICHAEL J. KEATON, ESQ. (IL# 6207203)
5  JASON R. KLINOWSKI, ESQ. (IL# 6283266)
   1278 W. Northwest Highway
6  Suite 903
   Palatine, Illinois 60074

7
   ATTORNEYS FOR GREENFIELD FRESH, INC.

*IT IS SO ORDERED*
*Judge James Ware*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENFIELD FRESH, INC., | )<br>) |
| Plaintiff, | ) CIVIL ACTION<br>) |
| v. | ) Case No. 09-cv-1111<br>) |
| JMB INTERNATIONAL, INC., TIMOTHY MIYASAKA, individually, JENS H. HUTCHENS, individually, JAMES P. HUTCHENS, individually, LEO M. ROLANDELLI, individually, FARM AMERICA, JACOBS MALCOM & BURTT CORP. and WELL PICT, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### RULE 41 VOLUNTARY DISMISSAL OF ACTION AS TO
### JACOBS, MALCOLM & BURTT, INC., WELL-PICT, INC., FARMAMERICA, INC., TIMOTHY TT. MIYASAKA, JAMES P. HUTCHENS AND NO OTHER

Greenfield Fresh, Inc. ("Plaintiff"), by and through their undersigned counsel, hereby gives notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, of the voluntary dismissal of this cause as it relates to defendants: (i) Jacobs, Malcolm & Burtt, Inc., (ii) Well-Pict, Inc., (iii) Farmamerica, Inc. (iv) Timothy TT. Miyasaka and (v) James P. Hutchens and advises the Court that the parties have resolved and otherwise settled this action with each party bearing their own attorneys' fees and costs. The Court may immediately dismiss the action against Jacobs, Malcolm & Burtt, Inc., Well-Pict, Inc., Farmamerica, Inc. Timothy TT. Miyasaka and James P. Hutchens without prejudice, but this file is to remain open as to all other matters and parties.

DATED this _____ day of March, 2009.

Respectfully submitted,

GREENFIELD FRESH, INC.

By: _____
One of Its Attorneys

Kathryn Diemer, Esq.
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Tel: 408/971-6270

Co-Counsel:

Michael J. Keaton, Esq.
Jason R. Klinowski, Esq.
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500

*** **ORDER** ***

The Clerk shall terminate the above named Defendants from this action.

Dated: March 18, 2009    _____
JAMES WARE
United States District Judge

- 2 -