DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN DIEMER #133977
75 East Santa Clara Street
Suite 290
San Jose, California 95113

KEATON & ASSOCIATES, P.C.
MICHAEL J. KEATON, ESQ. (IL# 6207203)
JASON R. KLINOWSKI, ESQ. (IL# 6283266)
1278 W. Northwest Highway
Suite 903
Palatine, Illinois 60074

ATTORNEYS FOR GREENFIELD FRESH, INC.

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENFIELD FRESH, INC., | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) Case No. 5:09-cv-1111 |
| JMB INTERNATIONAL, INC., TIMOTHY MIYASAKA, individually, JENS H. HUTCHENS, individually, JAMES P. HUTCHENS, individually, LEO M. ROLANDELLI, individually, FARM AMERICA, JACOBS MALCOM & BURTT CORP. and WELL PICT, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

### CONSENT ACCOUNT RELEASE ORDER

Upon the joint request of plaintiff, Greenfield Fresh, Inc. ("Plaintiff"), and JMB International, Inc. (the "Company") and Jens H. Hutchens and Leo M. Rolandelli (collectively the "Principals") for the entry of a Consent Account Release Order as follows:

1. On March 13, 2009, this Honorable Court entered a Temporary Restraining Order (the "TRO")(D.E. #9) against the defendants, (i) JMB International, Inc.; (ii) Jens H. Hutchens; (iii) Leo M. Rolandelli; (iv) Jacobs, Malcolm & Burtt, Inc., (v) Well-Pict, Inc., (vi) Farmamerica, Inc. (vii) Timothy TT. Miyasaka and (viii) James P. Hutchens (collectively the "Original Defendants").

2. On March 13, 2009, Wells Fargo Bank in El Centro, California (the "Bank") was personally served with a true and correct copy of the TRO. In compliance therewith, the Bank froze any and all accounts it held on behalf of any of the Original Defendants.

3. On March 16, 2009, the Plaintiff filed its Rule 41 Notice of Voluntary Dismissal Without Prejudice (the "Dismissal Notice")(D.E. #10). The Dismissal Notice removed Jacobs, Malcolm & Burtt, Inc., Well-Pict, Inc., Farmamerica, Inc., Timothy TT. Miyasaka and James P. Hutchens from this action with each party bearing their own attorneys' fees and costs.

4. On March 16, 2009, the Plaintiff, the Company and the Principals submitted the parties' Stipulation and Consent Judgment in the above captioned case and this Honorable Court subsequently entered the same.

5. The Original Defendants have indicated their consent to the entry of this Consent Account Release Order and, through such consent, has waived personal service and any objection to the Court's exercise of both personal and subject matter jurisdiction in this matter to allow for the entry of this Order.

Based on the foregoing stipulation, **IT IS HEREBY ORDERED**:

Wells Fargo Bank is hereby authorized and directed to immediately release any and all funds held on behalf of any of the Original Defendants identified in paragraph one (#1) of the stipulation above without further notice or order of Court.

DATED: in Chambers this  18  day of March, 2009 in San Jose, California.

**ENTER:**

_____
Hon. James Ware
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

```
 1
 2    STIPULATED AND AGREED:
 3    GREENFIELD FRESH, INC.
 4
      By: /s/ _____
 5         One of Its Attorneys
 6    Kathryn Diemer, Esq.
      DIEMER, WHITMAN & CARDOSI, LLP
 7    75 East Santa Clara Street, Suite 290
      San Jose, California 95113
 8    Tel: 408/971-6270
 9    Co-Counsel:
10    Michael J. Keaton, Esq.
      Jason R. Klinowski, Esq.
11    KEATON & ASSOCIATES, P.C.
      1278 W. Northwest Highway, Suite 903
12    Palatine, Illinois 60067
      Tel: 847/934-6500
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

JMB INTERNATIONAL, INC.,

By: /s/ _____
     Jens H. Hutchens, President

JMB INTERNATIONAL, INC.
790 W. Olive Ave.
El Centro, California 92244
Tel: 760/352-3538

LEO M. ROLANDELLI

By: /s/ _____
     Leo M. Rolandelli, individually

JENS H. HUTCHENS

By: /s/ _____
     Jens H. Hutchens, individually