*IT IS SO ORDERED*
*Judge James Ware*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREENFIELD FRESH, INC., | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) Case No. 09-CV-1111 |
| JMB INTERNATIONAL, INC., et al., | ) Hon. James Ware |
| Defendants. | ) **ORDER CLOSING CASE** |

On March 23, 2009, the Court conducted a Preliminary Injunction hearing pursuant to the Court's March 13, 2009 Order granting a Temporary Restraining Order. (See Docket Item No. 9.) No one appeared for this action. Upon examining the Court's docket, it appears that this case can be closed. On March 18, 2009, the Court approved an Order re: Voluntary Dismissal as to Defendants Jacobs, Malcolm & Burtt, Inc., Well-Pict, Inc., FarmAmerica, Inc, Timothy TT Miyasaka and James Hutchens and a Consent Judgment Order as to Defendants JMB International, Inc., Jens H. Hutchens, Leo M. Rolandelli. (See Docket Item Nos. 13, 14, 15.) Based on these Orders, all Defendants have either been dismissed or have consented to Judgment. Accordingly, the Clerk of Court shall close this case.

Dated: March 25, 2009

_____
JAMES WARE
United States District Judge